**FILED**

SEP 23 2021 cm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Bala Bangles, Inc. v. The Entities and Individuals Identified in Annex A

1:21-CV-05051
Judge John Blakey
Magistrate Judge Jeffrey Cummings

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Bala Bangles, Inc.

Attorney name (type or print): Gregory J. Chinlund    RANDOM

Firm: Marshall Gerstein & Borun

Street address: 233 S. Wacker Drive, 6300 Willis Tower

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6236846
(See item 3 in instructions)

Telephone Number: 312-474-6300

Email Address: gchinlund@marshallip.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Sept. 23, 2021

Attorney signature:   S/ Gregory J. Chinlund
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015