UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Bala Bangles, Inc

                                  Plaintiff,

v.                                           Case No.: 1:21−cv−05051
                                                   Honorable John Robert
                                                   Blakey

The Entities and Individuals Identified in Annex A, et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Defendant filed a notice of withdrawal [92] as to its pending motion to dismiss for lack of jurisdiction [83]. Based upon Defendants' notice [92], the Court directs the Clerk to terminate Defendants' motion to dismiss [83] as a pending motion. Additionally, based upon Plaintiff's notice of dismissal [89], the Court hereby dismisses this case with prejudice as to the following Defendants: cloudlks (No. 337); i−bengci (No. 348); and HAOCHU (No. 386). The 3/15/22 status report deadline stands. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.